198 F.2d 751
 S. E. J. COX
v.
UNITED STATES of America.
 No. 4431.
 United States Court of Appeals Tenth Circuit.
 September 11, 1952.
 
 Appeal from the United States District Court for the Northern District of Oklahoma.
 David Tant, Oklahoma City, Okl., for appellant.
 Whit Y. Mauzy, U. S. Atty., Tulsa, Okl., for appellee.
 Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed September 11, 1952, on motion of appellee, for failure of appellant diligently to prosecute.